IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

               Plaintiff,

-vs-                                         Criminal Action No.
                                         24-00091-01-CR-W-HFS

WILLIAM N. BROWN,

               Defendant.
_____

**MEMORANDUM OF MATTERS DISCUSSED AND
<u>ACTION TAKEN AT PRETRIAL CONFERENCE</u>**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(e)

                              Count Two    Possession of Unregistered Firearm, *in violation of* 18 U.S.C. §§ 5841, 5861(d) and 5871

**TRIAL COUNSEL**:
      Government: Jessica Jennings; Paralegal Geoffrey Gorup will assist
         Case Agent: Johnson County, Missouri Sheriff's Department Deputy Chase Jackson
      Defense:     Bill Raymond; Paralegal Sandy Schnack will assist

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   The Government plans to file a Rule 404(b) Notice and Notice of Expert Witnesses.

**TRIAL WITNESSES**:
      Government: 10-14 with stipulations; 15 without stipulations
      Defense: 5 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
      Government: 100 exhibits
      Defense: 10 exhibits

**DEFENSES**:
      ( x )    defense of general denial
      (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (   ) Definitely for trial           (   ) Possibly for trial
    ( x ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:   **2 ½ days**
    Government's case including jury selection:   2 days
    Defense case:   ½ day

**STIPULATIONS**:
    (   )   not likely
    (   )   proposed as to:
          (   )    chain of custody
          (   )    chemist's reports
          (   )    prior felony conviction
          ( x )    interstate nexus of firearm
          ( x )    nature of firearm

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES**:

    **Witness and Exhibit Lists**:
    Government: January 27, 2025
    Defense: January 27, 2027
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: January 27, 2025
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: January 27, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing February 10, 2025
    **Please note**:   *Government counsel has another case on the February docket in which the first week has been requested, <u>USA v. Brandon R. Haywood</u>, 23-00085-01-CR-W-BCW. Defense counsel is available both weeks.*

**OTHER**:
    (   )    A _____-speaking interpreter is required.
    (   )    Other assistive devices:  _____

    **IT IS SO ORDERED.**

                                   */s/ Jill A. Morris*_____
                                   JILL A. MORRIS
                                   United States Magistrate Judge